**Abatement Order filed December 11, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00845-CV

_____

**RICHARD SAAD, JR., Appellant**

**V.**

**VRISELDA R. VALDEZ, ET AL, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-17650**

---

## ABATEMENT ORDER

This appeal is from an order signed June 2, 2015. The clerk's record was filed November 13, 2015. The record reflects the notice of appeal was filed October 1, 2015.

It appears appellant asserted the application of Texas Rule of Civil Procedure 306a in the trial court. Appellant must provide a written order signed by the trial court finding the date when appellant first either received notice or acquired actual knowledge the judgment was signed. *See* Tex. R. App. P. 4.2(c).

*See also In re Jones*, 974 S.W.2d 766 (Tex. App.—San Antonio 1998) (orig. proceeding) (date must be established by competent proof and included in a written order signed by trial judge).

Accordingly, we order the case **ABATED** and remanded to the trial court for a hearing and entry of an order finding the date when appellant first either received notice or acquired actual knowledge that the order was signed. A supplemental clerk's record containing the trial court's order shall be filed with the clerk of this court **by January 11, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM